BR

FILED

FEB 0 6 2007

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____
_____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07Cr34-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | Fed. R. Crim. P. 7 |
| DAPHNEY MARIE FAIRCLOTH | ) | |

The United States Attorney charges that:

## COUNT ONE

From in or about January 2004, and continuing up to and including in or about January 2005, in the Eastern District of North Carolina and elsewhere, DAPHNEY MARIE FAIRCLOTH, defendant herein, did knowingly, willfully, and unlawfully embezzle, steal, purloin, and convert to her use, and the use of another, things of value of the United States and a department and an agency thereof, the value of which did exceed the sum of $1000, in violation of Title 18, United States Codes, Section 641.

## COUNT TWO

From in or about January 2004, and continuing up to and including in or about January 2005, in the Eastern District of North Carolina and elsewhere, DAPHNEY MARIE FAIRCLOTH, defendant herein, did knowingly and intentionally possess more than 1571

milligrams of hydromorphone, a Schedule II controlled substance, in

violation of Title 21, United States Code, Section 844(a).

GEORGE E. B. HOLDING
United States Attorney


BANUMATHI RANGARAJAN
Assistant United States Attorney
Criminal Division