UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-CR-34-F



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | WAIVER OF INDICTMENT |
| ) | |
| DAPHNEY MARIE FAIRCLOTH ) | |

I, DAPHNEY MARIE FAIRCLOTH, the above-named defendant, who is accused of theft of federal monies, in violation of Title 18, U.S.C. § 641, and simple possession of a Schedule II controlled substance, in violation of Title 21, U.S.C. § 844(a), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on *April 9, 2007*, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Daphney Marie Faircloth*
DAPHNEY MARIE FAIRCLOTH
Defendant

*Carl Ivarsson*
CARL G. IVARSSON, JR.
Attorney for the Defendant

Before *James C. Fox*
UNITED STATES DISTRICT JUDGE
4/9/07