UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON
*MINUTES*
The Honorable James C. Fox, Presiding

September 5, 2007

USA

v.

No. 5:07-CR-34-F
SENTENCING

DAPHNEY FAIRCLOTH

Time: 9:52 - 10:02

Defendant Sworn: Yes
Interpreter/Sworn: N/A

### *Court Personnel:*

Courtroom Deputy: Susan Enyart
Court Reporter: Stacy Schwinn
USMS: George Benya
USPO: David Leake, Mandy Bates
CSO: Rotated

### *Counsel:*
Government: David Hayden
Defendant: C. Iavarsson

PSR SEALED - Objections and Ruling

JUDGMENT:
BOP - Placed on probation for a term of 5 years on Count 1 and 5 years on Count 2 to run concurrently
SUP REL - N/A
SPECIAL CONDITIONS - read in to record
SPECIAL ASSESSMENT - $125.00
FINE - $1,000 w/interest and due immediately
RESTITUTION - $1,042.00 payable to the Fayetteville Veterans Affairs Medical Center
STATEMENT OF REASONS

DEFT. RELEASED - PLACED ON PROBATION